

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-07-00146-CV

_____

RUTH BARTLETT, Appellant

V.

ALEXANDER THERIOT, Appellee

On Appeal from the 76th Judicial District Court
Titus County, Texas
Trial Court No. 32,023

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Moseley

MEMORANDUM OPINION

Ruth Bartlett has filed her pro se notice of appeal from the trial court's judgment of November 16, 2007.  No clerk's record has been received by this Court.

The district clerk of Titus County has now notified this Court that Bartlett's motion for new trial was granted by the trial court on February 29, 2008, and this cause has been set for a jury trial.

Because Bartlett's motion for new trial was granted, her appeal is now moot.  *See, e.g.*, *Garcia-Udall v. Udall*, 141 S.W.3d 323, 332 (Tex. App.—Dallas 2004, no pet.); *Zapata v. Rosenfeld*, 811 S.W.2d 182, 183 (Tex. App.—Houston [1st Dist.] 1991, writ denied).

Therefore, we dismiss the appeal.


Bailey C. Moseley
Justice

Date Submitted:     March 31, 2008
Date Decided:       April 1, 2008

2